# Court of Appeals
# of the State of Georgia

ATLANTA, November 07, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0084. HENRY GUY JONES v. THE STATE.**

Henry Guy Jones, *pro se*, seeks discretionary review of the trial court's order denying demand for speedy trial. A defendant has the right to directly appeal from the pre-trial denial of a speedy trial demand. *Callaway v. State*, 275 Ga. 332 (567 SE2d 13) (2002).

Under OCGA § 5-6-35 (j), when a timely application for discretionary appeal is filed in a case that is subject to direct appeal under OCGA § 5-6-34 (a), but not subject to discretionary appeal under OCGA § 5-6-35 (a), and the applicant has not filed a timely notice of appeal, the appellate court has jurisdiction to decide the case and must grant the application.[1] Accordingly, this application is GRANTED. Jones shall have ten days from the date of this order to file a notice of appeal with the superior court. OCGA § 5-6-35 (g). The clerk of the superior court is instructed to include a copy of this order in the appeal record transmitted to this Court.

---

[1] Jones filed his timely application in the Supreme Court, which transferred it here.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* <u>11/07/2012</u>
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*